# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER ALLAN STEINER, <br><br> Defendant. | CR-11-25-GF-BMM <br><br><br> ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 20, 2018. (Doc. 65.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 17, 2018. (Doc. 62.) Steiner admitted that he violated the conditions of his supervised release. (Doc. 65 at 1.) Steiner violated the conditions of his supervised released by (1) associating with a person convicted of a felony; (2) using a controlled substance;

(3) consuming alcohol on November 22, 2017; and (4) consuming alcohol on March 5, 2018. *Id.* at 5-6. Steiner nor admitted nor denied that he possessed a controlled substance. *Id.* The United States did not present any evidence of that allegation. *Id.*

Judge Johnston has recommended that the Court revoke Steiner's supervised release. *Id.* at 4. Judge Johnston has recommended Steiner should be sentenced to time-served, followed by a period of supervised release through October 17, 2019. *Id.* Judge Johnston further recommends additional, revised conditions of Steiner's supervised release. Steiner shall be fitted with a Secure Continuous Remote Alcohol Monitor bracelet for the first six months of his supervised release. Steiner additionally shall be subject to electronic location monitoring and home detention for the first six months of his supervised release.

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Steiner's violations of his conditions represent a serious breach of the Court's trust. A sentence of time-served, followed by a period of supervised release through October 17, 2019 with the additional, revised conditions, represents a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 65) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Christopher Allan Steiner be sentenced to time-served, followed by a period of supervised release through October 17, 2019, with additional, revised conditions.

DATED this 7th day of May, 2018.

_____
Brian Morris
United States District Court Judge